1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  STEPHEN J. BETZ, Bar #234510
   Staff Attorney
3  2300 Tulare Street, Suite 330
   Fresno, California  93721-2226
4  Telephone: (559) 487-5561

5  Attorney for Defendant TY SYHARATH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:07-mj-0056 WMW |
| *Plaintiff,* | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON |
| v. | |
| TY SYHARATH, | |
| *Defendant.* | |

Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant hereby waives his right to be personally present in open court upon the hearing of any proceeding in this case, including, but not limited to status conferences and motions hearings.

Defendant hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.  He agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present.

///
///
///
///
///

DATED: April 13, 2007

/s/ Ty Syharath
TY SYHARATH
Defendant

DATED: April 20, 2007

/s/ Stephen J. Betz
STEPHEN J. BETZ
Staff Attorney
Attorney for Defendant

# O R D E R

**GOOD CAUSE APPEARING**, it is hereby ordered that Defendant's appearance may be waived until further order.

IT IS SO ORDERED.

**Dated:   April 27, 2007**                    /s/  William M. Wunderlich
                                                          UNITED STATES MAGISTRATE JUDGE

Waiver of Defendant's Personal
Presence; [Proposed] Order Thereon            −2−